RTF:RMR
F.#2004R02760

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 11 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GEORGE VAFIAS,

           Defendant.

- - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 06-179 (DGT)
(T. 26, U.S.C., § 7201; T. 18, U.S.C., §§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

    On or about April 15, 2000, within the Eastern District of New York, the defendant GEORGE VAFIAS, who was then a resident of Brooklyn, New York, did knowingly and willfully attempt to evade and defeat substantial income tax due and owing by him to the United States of America for the calendar year 1999, by failing to file a United States individual income tax return ("Form 1040") with the Internal Revenue Service ("IRS") Center, Holtsville, New York, by failing to pay to the IRS said income tax and by concealing and attempting to conceal from the IRS his true and correct income.

    (Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 3551 et seq.)

*Roslyn R. Mauskopf* (signature)
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK